IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| WAYNE HARRIS | § | |
| VS. | § | CIVIL ACTION NO. 5:12cv99 |
| UNITED STATES OF AMERICA | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Wayne Harris, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner challenges a criminal conviction from the United States District Court for the Western District of Missouri.

The Court previously referred this matter to the Honorable Caroline M. Craven, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The Magistrate Judge recommends that the petition be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Petitioner filed objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the objections. After careful consideration, the Court is of the opinion the objections are without merit. The Magistrate Judge correctly concluded petitioner's grounds for review are not cognizable in a petition filed pursuant to 28 U.S.C. § 2241.

ORDER

Accordingly, the objections filed by the petitioner are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate

Judge is **ADOPTED** as the opinion of the Court.  A final judgment shall be entered denying this petition for writ of habeas corpus in accordance with the recommendation of the Magistrate Judge.

    **It is SO ORDERED.**

    **SIGNED this 19th day of December, 2012.**

 

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE